United States District Court
Western District of North Carolina
Statesville Division

| | | |
|---|---|---|
| David Meyers, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 5:23-cv-00189-DCC-KFM |
| | ) | |
| vs. | ) | |
| | ) | |
| Todd Ishee | ) | |
| Peter Buchholtz | ) | |
| Brandeshawn Harris | ) | |
| Arthur Campbell | ) | |
| Valerie Langley | ) | |
| Gary Junker | ) | |
| Debra Fitzgerald | ) | |
| Ladonna Browning | ) | |
| Ina M. Hinton | ) | |
| Kimberly Grande | ) | |
| David Addison | ) | |
| Phyllis Leary | ) | |
| Robert Campbell | ) | |
| Anthony Smith | ) | |
| Loris Sutton | ) | |
| NCDAC Interstate Compact Council | ) | |
| NCDAC Interstate Compact Administrator | ) | |
| R. Honeycutt | ) | |
| Amy Jenkins | ) | |
| Jeffrey P. Duncan | ) | |
| Daniel Brown | ) | |
| FNU Miller | ) | |
| Joshua Sigmon | ) | |
| William Farrish | ) | |
| Stephanie Hall | ) | |
| Chris Biecker | ) | |
| FNU Davis | ) | |
| FNU Hester | ) | |
| FNU Teague | ) | |
| FNU Beaver | ) | |
| FNU Young | ) | |
| FNU Yow | ) | |
| Medical Dept. Pharmacist | ) | |

|  |  |
|---|---|
| FNU Tucker | ) |
| FNU Chapman | ) |
| FNU Marshall | ) |
| FNU Freeman | ) |
| Joseph Hoffman | ) |
| Sophia Feaster-Lawrence | ) |
| FNU Beaver | ) |
| FNU Harrold | ) |
| FNU Closum | ) |
| FNU Dunley | ) |
| FNU Taylor | ) |
| FNU Moss | ) |
| FNU Johnson | ) |
| FNU Harold | ) |
| FNU Deloach | ) |
| J. Shuttles | ) |
| Jerry Laws | ) |
| Matthew Pennell | ) |
| Michelle Duncan | ) |
| FNU Butler | ) |
| FNU Matthews | ) |
| FNU Dula | ) |
| FNU Reyes | ) |
| FNU Venosa | ) |
| 8 Unkown Officers | ) |
| Unknown Lieutenant | ) |
| FNU Knoxx | ) |
| FNU Jackson | ) |
| FNU Simms | ) |
| Pamela Burr | ) |
| FNU Finny | ) |
| FNU Ramos | ) |
| FNU Bradshaw | ) |
| FNU Ore**,** | ) |
| Defendant(s). | ) |

DECISION BY COURT. This action having come before the Court and a decision having been rendered.

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's June 18, 2024 Text Order.

June 18, 2024

Katherine Hord Simon, Clerk
United States District Court